**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **STATE OF TEXAS A.G.'S OFFICE,**<br>*Plaintiff,* | §<br>§ | |
| | § | |
| **v.** | § | **Case No. MO:24-CV-00233-DC** |
| | § | |
| **SECRETARY DEB HAALAND, U.S. FISH AND WILDLIFE SERVICE, DIRECTOR MARTHA WILLIAMS, U.S. DEPARTMENT OF THE INTERIOR,**<br>*Defendants.* | §<br>§<br>§<br>§<br>§ | |

**ORDER AND ADVISORY**

Before the Court is the above-styled and numbered cause. The Court has received the parties' responsive pleading(s) and therefore enters the following Order and Advisory:

So that this Court may efficiently manage its docket, the District Judge of the Midland/Odessa and Pecos Divisions of the Western District of Texas has implemented a procedure whereby a United States Magistrate Judge is assigned to each civil case at the time it is filed. The Magistrate Judge assigned to cases pending in the Midland/Odessa Division is **Ronald C. Griffin**. The Magistrate Judge assigned to cases pending in the Pecos Division is **David B. Fannin**. If a pretrial matter is referred by the District Judge, it will be handled by the Magistrate Judge to whom the case is assigned. Similarly, if the parties consent to Magistrate Judge jurisdiction, the case will be placed on the docket of the assigned Magistrate Judge for all future proceedings, including entry of final judgment. 28 U.S.C. § 636(c).

The parties are hereby **ORDERED** to notify the Court whether or not they consent under 28 U.S.C. § 636(c) to Magistrate Judge jurisdiction.

It is so **ORDERED**.

SIGNED this 26th day of November, 2024.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **STATE OF TEXAS A.G.'S OFFICE,** *Plaintiff,* | § § § | |
| **v.** | § § | **Case No. MO:24-CV-00233-DC** |
| **SECRETARY DEB HAALAND, U.S. FISH AND WILDLIFE SERVICE, DIRECTOR MARTHA WILLIAMS, U.S. DEPARTMENT OF THE INTERIOR,** *Defendants.* | § § § § § § | |

**ADVISORY TO THE CLERK OF COURT**

The undersigned party in the above-captioned case elects as follows (please select only one of the following options):

☐ I CONSENT to proceed before a United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636. The undersigned party in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☐ I DO NOT CONSENT to proceed before a United States Magistrate Judge. The undersigned party in the above-captioned case elects not to have this case decided by a United States Magistrate Judge and prefer that this case proceed before the District Judge.

| *Party or Party Represented* | *Signature of Party or Party's Attorney* | *Date* |
|---|---|---|
| ______________________ | ____________________________ | ____________ |
| ______________________ | ____________________________ | ____________ |