UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS A.G.'S OFFICE,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. MO:24-CV-00233-DC |
| | § | |
| **SECRETARY DEB HAALAND, U.S. FISH** | § | |
| **AND WILDLIFE SERVICE, DIRECTOR** | § | |
| **MARTHA WILLIAMS, U.S.** | § | |
| **DEPARTMENT OF THE INTERIOR,** | § | |
| *Defendants.* | § | |

## ADVISORY TO THE CLERK OF COURT

The undersigned party in the above-captioned case elects as follows (please select only one of the following options):

☐  I CONSENT to proceed before a United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636. The undersigned party in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☒  I DO NOT CONSENT to proceed before a United States Magistrate Judge. The undersigned party in the above-captioned case elects not to have this case decided by a United States Magistrate Judge and prefer that this case proceed before the District Judge.

| *Party or Party Represented* | *Signature of Party or Party's Attorney* | *Date* |
|---|---|---|
| State of Texas | /s/ Clayton Smith | 12/23/24 |
| _____ | _____ | _____ |