KEN PAXTON, Attorney General of Texas
BRENT WEBSTER, First Assistant Attorney General
RALPH MOLINA, Deputy First Assistant Attorney General
AUSTIN KINGHORN, Deputy Attorney General for Civil Litigation
KELLIE E. BILLINGS-RAY, Chief, Environmental Protection Division
CLAYTON SMITH, Assistant Attorney General (State Bar No. 24091234)
CLAUDIA GUTIERREZ, Assistant Attorney General (State Bar No. 24140101)
Office of the Attorney General
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel:    (512) 970-9855
Fax:    (512) 320-0911
COUNSEL FOR STATE OF TEXAS PLAINTIFF

[Information for Defendants' Counsel Appears on Next Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| STATE OF TEXAS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 7:24-CV-00233-DC-RCG |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF THE ) | **AGREED MOTION TO** |
| INTERIOR; U.S. FISH AND WILDLIFE ) | **EXTEND SCHEDULING ORDER** |
| SERVICE; DOUG BURGUM, in his ) | **DEADLINES** |
| official capacity as SECRETARY OF THE ) | |
| INTERIOR; PAUL SOUZA, exercising the ) | |
| Delegated authority of the DIRECTOR OF THE ) | |
| U.S. FISH AND WILDLIFE SERVICE,[1] ) | |
| ) | |
| *Defendants*. ) | |

---

[1] Doug Burgum and Paul Souza have been automatically substituted as parties pursuant to Federal Rule of Civil Procedure 25(d).

LISA L. RUSSELL, Deputy Assistant Attorney General

S. JAY GOVINDAN, Section Chief
NICOLE M. SMITH, Assistant Section Chief
ANGELA MO, Trial Attorney (Cal. Bar No. 262113)
ASTRID STUTH CEVALLOS, Trial Attorney (Maryland Bar No. 2106150073)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel:     (202) 514-1707 (Mo)
(202) 305-5751 (Cevallos)
Fax:     (202) 305-0275
Email: angela.mo@usdoj.gov
         astrid.cevallos@usdoj.gov

Attorneys for Defendants

/

/

/

/

/

/

/

/

/

/

/

/

Defendants hereby move to extend the deadlines set forth in the Court's Scheduling Order (Doc. 14). Due to the change in Administration, there is new leadership at the Defendant agencies, and they are currently familiarizing themselves with the issues presented in this case. To provide new leadership with time to familiarize themselves with these issues and determine how they wish to respond, Defendants respectfully request a 60-day extension of all deadlines in the Scheduling Order. Plaintiff the State of Texas, by its signature on this Agreed Motion, agrees to the requested 60-day extension.

Dated: February 21, 2025    Respectfully submitted,

    LISA L. RUSSELL, Deputy Assistant Attorney General
    S. JAY GOVINDAN, Section Chief
    NICOLE M. SMITH, Assistant Section Chief

*/s/ Angela Mo*
ANGELA MO, Trial Attorney
Cal. Bar No. 262113
ASTRID STUTH CEVALLOS, Trial Attorney
Maryland Bar No. 2106150073
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel:  (202) 514-1707 (Mo)
      (202) 305-5751 (Cevallos)
Fax:  (202) 305-0275
Email: angela.mo@usdoj.gov
       astrid.cevallos@usdoj.gov

MARGARET F. LEACHMAN
Acting United States Attorney

By: */s/ Natashia D. Hines*
NATASHIA D. HINES
Assistant United States Attorney
Florida State Bar No. 89072

Agreed Motion to Extend Scheduling Order Deadlines    1

700 E. San Antonio Ave., Ste. 200
El Paso, Texas 79901
Office: (915) 534-6555
Fax: (915) 534-3490
Email: Natashia.Hines@usdoj.gov

*Attorneys for Defendants*


KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Clayton Smith*
Clayton Smith
Assistant Attorney General
State Bar No. 24091234
Clayton.Smith@oag.texas.gov

CLAUDIA GUTIERREZ
Assistant Attorney General
State Bar No. 24140101
Claudia.Gutierrez@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel:    (512) 970-9855
Fax:    (512) 320-0911

*Counsel for State of Texas, Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 21, 2025, I electronically filed the foregoing Agreed Motion to Extend Scheduling Order Deadlines with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to:

Clayton Smith
Claudia Gutierrez
Office of the Attorney General
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
*Attorneys for Plaintiff*

              */s/ Angela Mo*
              Angela Mo
              U.S. Department of Justice
              *Attorney for Defendants*