ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief
ANGELA MO, Trial Attorney (Cal. Bar No. 262113)
ASTRID STUTH CEVALLOS, Trial Attorney (Maryland Bar No. 2106150073)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel:   (202) 514-1707 (Mo)
       (202) 305-5751 (Cevallos)
Fax:   (202) 305-0275
Email: angela.mo@usdoj.gov
       astrid.cevallos@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | No. 7:24-cv-233-DC-RCG |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Defendants—the U.S. Department of the Interior, the U.S. Fish and Wildlife Service ("FWS"), Doug Burgum, in his official capacity as Secretary of the Interior, and Paul Souza, in his official capacity as Regional Director of Region 8, exercising the delegated authority of the Director of FWS—hereby notify the Court and counsel of record that Astrid Stuth Cevallos withdraws as counsel for Defendants in this matter. Defendants will continue to be represented by Angela Mo and Natashia D. Hines of the U.S. Department of Justice.

Dated: April 8, 2025   Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

 /s/ Astrid Stuth Cevallos
ASTRID STUTH CEVALLOS, Trial Attorney
(Maryland Bar No. 2106150073)
ANGELA MO, Trial Attorney (Cal. Bar No. 262113)
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-5751 (Cevallos)
          (202) 514-1707 (Mo)
Fax:    (202) 305-0275
Email: Astrid.Cevallos@usdoj.gov
          Angela.Mo@usdoj.gov

MARGARET F. LEACHMAN
Acting United States Attorney

By: /s/ Natashia D. Hines
NATASHIA D. HINES
Assistant United States Attorney
Florida State Bar No. 89072
700 E. San Antonio Ave., Ste. 200
El Paso, Texas 79901
Office: (915) 534-6555
Fax: (915) 534-3490
Email: Natashia.Hines@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                         */s/ Astrid Stuth Cevallos*
                         ASTRID STUTH CEVALLOS, Trial Attorney