IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>*Defendants*. | Case No. 7:24-CV-00233 |

**ORDER CONTINUING STAY OF LITIGATION FOR 60 DAYS**

Having considered the Parties' Joint Status Report and Request to Continue Stay of Litigation for 60 Days, and for good cause shown, IT IS ORDERED THAT:

1. The current stay of litigation is continued for approximately 60 additional days, through December 5, 2025.

2. No later than November 21, 2025, the Parties shall file a joint status report informing the Court of whether they seek a continuance of the stay and, if applicable, proposing recommendations for a new scheduling order.

It is so ORDERED.

SIGNED this 11th day of Setpember, 2025.

_____
HONORABLE DAVID COUNTS
UNITED STATES DISTRICT JUDGE

1