KEN PAXTON, Attorney General of Texas
BRENT WEBSTER, First Assistant Attorney General
RALPH MOLINA, Deputy First Assistant Attorney General
AUSTIN KINGHORN, Deputy Attorney General for Civil Litigation
KELLIE E. BILLINGS-RAY, Chief, Environmental Protection Division
CLAYTON SMITH, Assistant Attorney General (State Bar No. 24091234)
CLAUDIA GUTIERREZ, Assistant Attorney General (State Bar No. 24140101)
Office of the Attorney General
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel:    (512) 970-9855
Fax:    (512) 320-0911
*Counsel for State of Texas, Plaintiff*

ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
NICOLE M. SMITH, Assistant Section Chief
ANGELA MO, Trial Attorney (Cal. Bar No. 262113)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel:    (202) 353-5129
Email: angela.mo@usdoj.gov
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 7:24-CV-00233-DC-RCG |
| v. | ) |
| U.S. DEPARTMENT OF THE INTERIOR, ET AL., | ) **JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY OF LITIGATION** |
| *Defendants*. | ) |

Pursuant to the Court's September 11, 2025 order (Dkt. No. 27), the Parties—the State of Texas; the U.S. Department of the Interior; the U.S. Fish and Wildlife Service; Doug Burgum, in

Joint Status Report and Request to Continue Stay of Litigation

1

his official capacity as Secretary of the Interior; and Brian Nesvik, in his official capacity as Director of the U.S. Fish and Wildlife Service—hereby submit this Joint Status Report and respectfully request to continue the current stay of the above-captioned litigation for approximately 28 additional days, through **January 2, 2026**.

Background

The Parties previously jointly moved the Court to stay the litigation for approximately 90 days to allow the Parties to explore options for resolving this case without further litigation, while conserving the time and resources of the Parties and the Court. (Dkt. No. 25.) On July 7, 2025, the Court granted the Parties' joint motion, staying all proceedings in the case through September 29, 2025, and ordering the Parties to file a joint status report no later than seven days before the close of the stay that informs the Court of whether they seek a continuance of the stay and, if applicable, proposing recommendations for a new scheduling order. (July 7, 2025 Text Order.)

In their September 10, 2025, joint status report, the Parties requested an approximately 60-day continuance of the stay to allow for more time to continue and conclude good-faith discussions towards a possible resolution of this case without further litigation. (Dkt. No. 26.) On September 11, 2025, the Court granted the Parties' request, continuing the stay through December 5, 2025, and ordering the Parties to file a joint status report no later than November 21, 2025, that informs the Court of whether they seek a continuance of the stay and, if applicable, proposing recommendations for a new scheduling order. (Dkt. No. 27.)

Status Report and Basis for Continuance of Stay of Litigation

Since the Parties' previous joint status report, the Parties have continued to engage in discussions and have made further progress towards a possible resolution. The Parties request a short 28-day continuance of the stay, however, because they estimate that more time is needed to

continue and conclude these discussions and because the length of the continuance is roughly commensurate with the duration of the recent lapse of federal government appropriations, which prevented the Parties from continuing their discussions. Specifically, at the end of the day on September 30, 2025, the appropriations act that had been funding the U.S. Department of Justice expired and those appropriations to the Department lapsed. The same was true for the majority of other Executive agencies, including the U.S. Fish and Wildlife Service. Absent an appropriation, U.S. Department of Justice attorneys were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Funding was restored to the U.S. Department of Justice and other Executive agencies after 43 days on November 12, 2025.

The Court has broad discretion to stay the litigation under its inherent authority to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *Clinton v. Jones*, 520 U.S. 681, 706 (recognizing court has "broad discretion to stay proceedings as an incident to its power to control its own docket"). A brief continuance of the stay would allow the Parties to continue focusing on resolving this case without further litigation and avoid potentially unnecessary expenditures of time and effort toward resolving administrative record issues, finalizing the administrative record, and briefing any objections or motions. Additionally, the stay will avoid expending the Court's resources with potentially unnecessary filings.

In addition to the continuance of the stay, the Parties also propose that, no later than December 19, 2025 (*i.e.*, 14 days before the close of the stay), they will file another joint status report informing the Court of whether they seek a continuance of the stay and, if applicable, proposing recommendations for a new scheduling order.

A proposed order is attached.

Dated: November 21, 2025                    Respectfully submitted,

    ADAM R.F. GUSTAFSON, Principal Deputy
       Assistant Attorney General
  NICOLE M. SMITH, Assistant Section Chief

/s/ Angela Mo
ANGELA MO, Trial Attorney
Cal. Bar No. 262113
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel:     (202) 353-5129
Email: angela.mo@usdoj.gov

JUSTIN R. SIMMONS
United States Attorney

By: /s/ Natashia D. Hines
NATASHIA D. HINES
Assistant United States Attorney
Florida State Bar No. 89072
700 E. San Antonio Ave., Ste. 200
El Paso, Texas 79901
Office: (915) 534-6555
Fax: (915) 534-3490
Email: Natashia.Hines@usdoj.gov

*Attorneys for Defendants*


KEN PAXTON, Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

Joint Status Report and Request to Continue Stay of Litigation

       AUSTIN KINGHORN
       Deputy Attorney General for Civil Litigation

       KELLIE E. BILLINGS-RAY
       Chief, Environmental Protection Division

       */s/ Clayton Smith*
       Clayton Smith
       Assistant Attorney General
       State Bar No. 24091234
       Clayton.Smith@oag.texas.gov

       CLAUDIA GUTIERREZ
       Assistant Attorney General
       State Bar No. 24140101
       Claudia.Gutierrez@oag.texas.gov

       OFFICE OF THE ATTORNEY GENERAL
       Environmental Protection Division
       P. O. Box 12548, MC-066
       Austin, Texas 78711-2548
       Tel:    (512) 970-9855
       Fax:   (512) 320-0911

       ***Counsel for State of Texas, Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I electronically filed the foregoing Joint Status Report and Request to Continue Stay of Litigation with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to:

Clayton Smith
Claudia Gutierrez
Office of the Attorney General
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
*Attorneys for Plaintiff*

/s/ *Angela Mo*
Angela Mo
U.S. Department of Justice
*Attorney for Defendants*