IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) Case No. 7:24-CV-00233-DC-RCG |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF THE INTERIOR, ET AL., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## ORDER CONTINUING STAY OF LITIGATION

Having considered the Parties' Joint Status Report and Request to Continue Stay of Litigation, and for good cause shown, IT IS ORDERED THAT:

1. The current stay of litigation is continued for approximately 28 additional days, through January 2, 2026.

2. No later than December 19, 2025, the Parties shall file a joint status report informing the Court of whether they seek a continuance of the stay and, if applicable, proposing recommendations for a new scheduling order.

It is so ORDERED.

SIGNED this 24th day of January, 2025.

_____
HONORABLE DAVID COUNTS
UNITED STATES DISTRICT JUDGE

1