IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br> *Plaintiff*,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.<br><br> *Defendants*. | Civil Action No. 7:24-cv-00233-DC |

**NOTICE OF APPEAL**

 The Center for Biological Diversity appeals this Court's Order of November 26, 2025, denying the Center's motion to intervene in defense of the dunes sagebrush lizard final rule, to the United States Court of Appeals for the Fifth Circuit. *See* Order Denying Motion to Intervene, ECF No 30.

 This interlocutory appeal concerns substantially similar issues as those raised in State of Texas v. DOI 25-50747 appealing the denial of the Center's motion to intervene in defense of the lesser prairie chicken final rule. Because both appeals challenge intervention denials from the same judge and arising from similar proceedings, the issues presented in this appeal overlap with those currently before the U.S. Court of Appeals for the Fifth Circuit in Case No. 25-50747.

 The order denying intervention is immediately appealable as of right under Federal Rule of Civil Procedure 24 and 28 U.S.C. § 1291, which recognizes a denial of intervention as a final, appealable order with respect to the proposed intervenor.

DATED: December 16, 2025               Respectfully submitted,

CENTER FOR BIOLOGICAL DIVERSITY

By: */s/ Lauren A. Parker*

LAUREN A. PARKER (*Pro hac vice*)
1411 K Street NW
Washington, DC 20005
Tel: (202) 961-4820

JASON C. RYLANDER (*Pro hac vice*)
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: (202) 744-2244

IRVINE & CONNER PLLC

CHARLES IRVINE
Texas Bar No. 24055716
charles@irvineconner.com
4709 Austin St.
Houston, Texas 77004
Tel: (713) 533-1704

*Attorneys for Appellant-Proposed Defendant-Intervenor Center for Biological Diversity*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 16, 2025, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Western District of Texas by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

                                    /s/ *Lauren A. Parker*

                                    LAUREN A. PARKER
                                    *Attorney for Appellants- Proposed Defendant-Intervenor*