**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| *Plaintiff,* | ) |
| | )    Case No. 7:24-CV-00233-DC-RCG |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF THE | ) |
| INTERIOR, ET AL., | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**ORDER CONTINUING STAY OF LITIGATION**

Having considered the Parties' Joint Status Report and Request to Continue Stay

of Litigation, and for good cause shown, IT IS ORDERED THAT:

1.  The current stay of litigation is continued for 45 additional days, through February 17,

    2026.

2.  No later than February 3, 2026, the Parties shall file a joint status report informing the

    Court of whether they seek a continuance of the stay and, if applicable, proposing

    recommendations for a new scheduling order.

It is so ORDERED.

SIGNED this 22nd day of December, 2025.

_____
HONORABLE DAVID COUNTS
UNITED STATES DISTRICT JUDGE