## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

STATE OF TEXAS A.G.'S OFFICE,
*Plaintiff*

**v.**

SECRETARY DEB HAALAND,
U.S. FISH AND WILDLIFE
SERVICE, DIRECTOR MARTHA
WILLIAMS, U.S. DEPARTMENT
OF THE INTERIOR, CENTER
FOR BIOLOGICAL DIVERSITY,
*Defendants*

MO:24-CV-00233-DC

## ORDER

Having considered the Parties' Joint Status Report and Request to Continue Stay of Litigation, and for good cause shown, it is **ORDERED** that:

1. The current stay of litigation is continued for 45 additional days, through April 3, 2026.

2. No later than March 20, 2026, the Parties shall file a joint status report informing the Court of whether they seek a continuance of the stay and, if applicable, proposing recommendations for a new scheduling order.

It is so **ORDERED**.

SIGNED this 4th day of February, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE