KEN PAXTON, Attorney General of Texas
BRENT WEBSTER, First Assistant Attorney General
RALPH MOLINA, Deputy First Assistant Attorney General
AUSTIN KINGHORN, Deputy Attorney General for Civil Litigation
KELLIE E. BILLINGS-RAY, Chief, Environmental Protection Division
CLAYTON SMITH, Assistant Attorney General (State Bar No. 24091234)
CLAUDIA GUTIERREZ, Assistant Attorney General (State Bar No. 24140101)
Office of the Attorney General
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel:    (512) 970-9855
Fax:    (512) 320-0911
*Counsel for State of Texas, Plaintiff*

ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
NICOLE M. SMITH, Assistant Section Chief
CAITLYN F. COOK, Trial Attorney
MD Bar No. 2112140244
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-7775
Email: caitlyn.cook@usdoj.gov
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| | ) | Case No. 7:24-CV-00233-DC-RCG |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF THE | ) | **JOINT STATUS REPORT** |
| INTERIOR, ET AL., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

JOINT STATUS REPORT

1

Pursuant to the Court's April 21, 2026, order (Dkt. No. 40), the Parties—the State of Texas; the U.S. Department of the Interior; the U.S. Fish and Wildlife Service; Doug Burgum, in his official capacity as Secretary of the Interior; and Brian Nesvik, in his official capacity as Director of the U.S. Fish and Wildlife Service—hereby submit this Joint Status Report. Consistent with that order and the Parties' request for a stay of litigation to explore resolving this case without further litigation, this case is stayed through June 3, 2026. (Dkt. No. 40.)

The Parties report that Defendants have now obtained all necessary approvals from government officials with settlement authority. The Parties intend to move for entry of their stipulated settlement agreement prior to the expiration of the stay on June 3, 2026. Because the Parties intend to seek the entry of a negotiated resolution, the Parties do not believe continuance of the stay or a new scheduling order is warranted.

Dated: May 20, 2026                    Respectfully submitted,


ADAM R.F. GUSTAFSON, Principal Deputy
    Assistant Attorney General
NICOLE M. SMITH, Assistant Section Chief

*/s/ Caitlyn F. Cook*
CAITLYN F. COOK, Trial Attorney
MD Bar No. 2112140244
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel:    (202) 598-7775
Email: caitlyn.cook@usdoj.gov

JUSTIN R. SIMMONS
United States Attorney

By: */s/ Natashia D. Hines*
NATASHIA D. HINES
Assistant United States Attorney

JOINT STATUS REPORT

Florida State Bar No. 89072
700 E. San Antonio Ave., Ste. 200
El Paso, Texas 79901
Office: (915) 534-6555
Fax: (915) 534-3490
Email: Natashia.Hines@usdoj.gov

***Attorneys for Defendants***

KEN PAXTON, Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Clayton Smith*
Clayton Smith
Assistant Attorney General
State Bar No. 24091234
Clayton.Smith@oag.texas.gov

CLAUDIA GUTIERREZ
Assistant Attorney General
State Bar No. 24140101
Claudia.Gutierrez@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel:    (512) 970-9855
Fax:    (512) 320-0911

***Counsel for State of Texas, Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to:

Clayton Smith
Claudia Gutierrez
Office of the Attorney General
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
*Attorneys for Plaintiff*

/s/ *Caitlyn F. Cook*
Caitlyn F. Cook
U.S. Department of Justice
*Attorney for Defendants*