# ATTACHMENT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Case No. 7:24-CV-00233-DC-RCG |
| v. | ) |
| | ) **DECLARATION OF LESTON** |
| U.S. DEPARTMENT OF THE | ) **JACKS** |
| INTERIOR, ET AL., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

I, Leston Stewart Jacks, Acting Regional Director of Fish and Wildlife Service, Southwest

Region, declare as follows:

1. I am currently the Acting Regional Director for the Southwest Region of U.S. Fish

   and Wildlife Service ("Service"). I have been the Acting Regional Director since

   April 2025. I hold a Bachelor of Science degree in Biology and Education from the

   Southeastern Oklahoma State University, and a Master of Science degree in Fisheries

   Ecology from Oklahoma State University. I have worked with the Service for over 36

   years. In my normal capacity, I serve as the Assistant Regional Director over the Fish

   and Aquatic Conservation Program and the Military Lands Conservation Program. I

   have been in this role since June 2013.

2. In my capacity as Acting Regional Director, I report to the Director of the Service for

   the administration of the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531-1544,

   within Texas, Oklahoma, Arizona, and New Mexico, including determinations as to

   whether species should be listed as endangered or threatened, designations of critical

   habitat, and rules promulgated under the ESA's 4(d) authority. In this role as Acting

1

Regional Director, I manage and direct the staff members who implement the majority of the Service's actions to provide for the conservation of species, including the dunes sagebrush lizard. The Service has delegated the lead role for the dunes sagebrush lizard to the Southwest Region.

3.  I am familiar with the May 20, 2024, Final Rule listing the dunes sagebrush lizard as an endangered species under the ESA, including the underlying Species Status Assessment ("SSA"), the proposed rule, the public comments on the proposed rule, and the Service's responses in the Final Rule.[1]

4.  I am familiar with the lawsuit filed by the State of Texas, challenging the Final Rule listing the dunes sagebrush lizard pursuant to the ESA, including the arguments made by Plaintiff that the listing decision was unlawful. I am submitting this declaration in support of the Settlement Agreement between the Parties.

5.  The Service has re-evaluated Plaintiffs' claims. The Service has concluded it failed to properly consider shinnery oak-duneland habitat restoration in its analysis supporting the listing determination.

6.  Pursuant to the ESA, when making a listing determination the Service is required to assess the best scientific and commercial data available after conducting a review of the status of the species and after taking into account efforts, if any, being made by any State or foreign nation, or any political subdivision of a State or foreign nation, to protect such species within any area under its jurisdiction. 16 U.S.C. § 1533(b)(1)(A). The Service considers these statutory mechanisms and conservation actions in relation to their potential influence on the current and future viability of the species.

---

[1] 89 Fed. Reg. 43,748 (May 20, 2024).

2

7. The ESA defines an "endangered species" as a species in danger of extinction throughout all or a significant portion of its range. 16 U.S.C. §1532(6). Section 4 of the ESA requires the Service to determine whether a species meets the definition of endangered (or threatened) due to any of the following factors: (A) the present or threatened destruction, modification, or curtailment of its habitat or range; (B) overutilization for commercial, recreational, scientific, or educational purposes; (C) diseases or predation; (D) the inadequacy of existing regulatory mechanisms; or (E) other natural or manmade factors affecting its continued existence. 16 U.S.C. § 1533(a)(1).

8. The Service concluded that the dunes sagebrush lizard met the definition of an endangered species under the ESA due to the threats of (1) habitat loss, fragmentation, and degradation from development by the oil and gas and frac sand mining industries; and (2) climate change and climate conditions with an increased frequency and greater intensity of drought throughout the species' geographic range.[2]

9. In assessing these threats, the Service considered the species' reliance on shinnery oak duneland habitat. The Service concluded that the dunes sagebrush lizard is highly susceptible to habitat loss and fragmentation because of its reliance on the specific and restrictive habitat. The Service further determined that habitat loss within the dunelands should be viewed as a potential permanent impact to the species, even if well pads were completely reclaimed because re-creating dunes is a long-term geological process that could take centuries and even millennia. The Service made

---

[2] 89 Fed. Reg. 43,748 (May 20, 2024).

this determination, lacking information regarding the likelihood of success of habitat restoration.

10. At the time of listing, the Service considered multiple conservation measures for the dunes sagebrush lizard in New Mexico and Texas. The consideration of the effects of these active and ongoing conservation efforts was critical to the determination that the dunes sagebrush lizard was at risk of extinction. These conservation efforts include candidate conservation agreements (CCA) and candidate conservation agreements with assurances (CCAA). CCAs and CCAAs are voluntary commitments from landowners to undertake conservation efforts for species that are candidates for listing under the ESA.

11. The Service considered three conservation efforts in New Mexico.

   a. The State of New Mexico has listed the dunes sagebrush lizard as an endangered species. This designation means that it is "unlawful for any person to take, possess, transport, export, process, sell or offer for sale or ship"[3] the species under New Mexico state law. This designation also allows for a recovery plan for the species in the State of New Mexico, however, there is currently not a plan for the dunes sagebrush lizard.

   b. The Bureau of Land Management ("BLM") completed the 2008 Special Status Species Resource Management Plan Amendment to guide management of lands within dunes sagebrush lizard habitat. This plan addresses concerns and threats of oil and gas development and shinnery oak removal by outlining protective measures and guidelines for developing around dunes sagebrush

---

[3] NMSA 1978, § 17-2-41(C) (2018).

lizard habitat. This includes specific conservation requirements, lease stipulations, and removal of 42,934 ha (106,091 acres) of dunes sagebrush lizard habitat from future oil and gas leasing.

c. Additionally in 2008, the BLM, Center for Excellence (or Center for Environmental Health, Monitoring, and Management ("CEHMM")), and the Service completed the Candidate Conservation Agreement ("CCA") and Candidate Conservation Agreement with Assurances ("CCAA") for the dunes sagebrush lizard and lesser prairie-chicken in New Mexico. The CCA, addresses conservation needs of the dunes sagebrush lizard on BLM lands by attempting habitat restoration and enhancement activities, conducting activities like removing unused well pads, and minimizing habitat degradation. The CCAA facilitates conservation actions of the dunes sagebrush lizard and lesser prairie-chicken on private and State lands.

12. The Service considered three conservation efforts in Texas.

a. The dunes sagebrush lizard is listed as a 'Species of Greatest Conservation Need' by the Texas Parks and Wildlife Department. This designation identifies species whose populations are declining or have a limited abundance in the state. Additionally, with this designation the State focuses on conserving species and their habitat by directing research, restoration, management, and recovery efforts to prevent further decline.

b. In 2012, the Texas Conservation Plan ("TCP"), a CCAA, was developed to analyze impacts to dunes sagebrush lizard habitat resulting from oil and gas development, agriculture, and ranching activities, and established a

5

conservation program focused on avoiding these activities in dunes sagebrush lizard habitat. If avoidance cannot happen, the TCP requires participants to implement conservation measures that minimize and mitigate for habitat impacts via restoration or enhancement of the habitat.

c. Additionally, in 2020, a separate CCAA was developed to cover oil and gas activities, sand mining, linear infrastructure, wind and solar energy development, local governments, and agriculture and ranching. The 2020 CCAA seeks to implement conservation actions to at least partially offset impacts including conserving dunes sagebrush lizard habitat, restore and reclaim impacted areas, address habitat fragmentation and address surface impacts from development.

13. An important overlaying goal of these programs is restoration of disturbed lands of dunes sagebrush lizard habitat. Habitat restoration is the process of repairing or improving degraded and damaged habitat to return it to its original state or to a condition that supports native species and ecological functions. However, at the time of listing, the Service improperly assumed that habitat restoration would not happen. This error discounted experimental efforts at habitat improvement that showed promise for habitat restoration efforts, and thus the Service failed to fully address conservation efforts and their potential to increase habitat function for the species in the SSA and Final Rule.[4]

14. In the Final Rule, the Service relied on studies that indicated shinnery oak restoration in dunelands were unlikely to be successful. Furthermore, in concluding that habitat

---

[4] *See* 89 Fed. Reg. 43,753 (May 20, 2024).

restoration was not feasible, the Service relied on there being a lack of general information about the shinnery oak, both its ecology and restoration. Due to a focus on the lack of research and information about shinnery oak propagation and duneland restoration, the Service did not adequately consider the wider lens of arid and duneland restoration work as a potential surrogate example for the shinnery oak system. Although habitat restoration of shinnery oak dunelands has not currently been achieved at a scale meaningful to dunes sagebrush lizard populations, habitat restoration has been attempted on a small scale on oil and gas wellpads in New Mexico. This restoration attempt and the potential to apply restoration of shinnery oak dunelands was not adequately addressed in the SSA.

15. The Service has determined that this error led to an incomplete and potentially inaccurate assessment of the potential and ongoing conservation efforts in New Mexico and Texas.

16. This potentially inaccurate assessment of the conservation efforts could impact the Service's conclusions that habitat loss was a potential permanent impact on the species and thus its listing evaluation. As provided above, the Service's conclusions addressing the threats to the species relied on the assumption that habitat restoration was not feasible.

17. Due to this error, the Service must re-evaluate the conservation efforts and prepare a new finding as to whether the dunes sagebrush lizard is in danger of extinction to meet the definition of an endangered species.

18. The Service anticipates completing a new finding on the 2018 listing petition for the dunes sagebrush lizard that gave rise to the Final Rule within 24 months of vacatur.

As detailed below, the Service anticipates receiving any new information during the 30-day public comment period that the Service expects to offer as part of the reevaluation process. The next step in a reevaluation process is to then use that information, along with other updated information in the Service's files and from partners, to update the existing SSA. Upon completion of the update to the SSA, the Service will evaluate that information to reach a new finding. Based on experience with similar judicial remands of listing decisions, the Service believes this entire process could be completed within 24 months of vacatur of the existing rule. Possible outcomes of the new finding may include a finding that: listing the dunes sagebrush lizard is not warranted; listing the dunes sagebrush lizard is warranted but precluded from immediate action by pending proposals to list other species; or listing the dunes sagebrush lizard is warranted and the Service will promptly publish a proposed rule.

19. I will now address the current protections in place for the dunes sagebrush lizard. There are currently four different voluntary conservation programs in place across the range of the dunes sagebrush lizard in New Mexico and Texas, the 2008 CCA, the 2008 CCAA, the TCP, and the 2020 CCAA. These distinct programs are administered by three independent permit holders in cooperation with a variety of partners. All programs existed prior to the 2024 listing determination. These programs are intended to directly minimize threats to the species and its habitat and aim to advance restoration of previously disturbed habitat. The primary threats identified for the dunes sagebrush lizard are habitat loss, fragmentation and degradation. The majority of the existing voluntary conservation programs attempt to minimize, mitigate or offset new or existing habitat loss, degradation or

8

fragmentation. The Service expects these conservation programs to remain in place regardless of the immediate listing status of the species.

20. Upon vacatur of the Final Rule, the Service would publish a Federal Register notice informing the public that the Final Rule is no longer in effect and asking the public for new information that could inform a new listing determination. The Service would expect to offer a 30-day public comment period. The next step is to begin updating the existing SSA. The SSA framework is an analytical approach developed by the Service to deliver foundational science for informing all ESA decisions. The SSA provides decision-makers with a scientifically rigorous characterization of the species' current and future status. The SSA does not result in a decision directly, but it provides the best available scientific information that the Service then evaluates in light of the standards that guide ESA decisions. The latest SSA for the dunes sagebrush lizard was completed in April 2024. We intend to update the SSA with the best available scientific information and utilize that updated information in our re-evaluation of the status of the dunes sagebrush lizard.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:

LESTON JACKS Digitally signed by LESTON JACKS
Date: 2026.05.20 15:29:21 -05'00'

Leston Stewart Jacks
Acting Regional Director
Southwest Region
U.S. Fish and Wildlife Service